**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANDREA NEIL,

    Petitioner,

v.                                                                  Case No. 12-12019

MILLICENT WARREN,

    Respondent.

                                                       /

**JUDGMENT**

In accordance with the court's "Opinion and Order of Denying the Petition of Habeas Corpus and Declining to Issue a Certificate of Appealability," dated March 24, 2014.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Millicent Warren and against Petitioner Andrea Neil. Dated at Detroit, Michigan, this 24th day of March 2014.

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                    <u>   S/Lisa Wagner             </u>
                                                    By: Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland